UNITED STATES BANKRUPTCY COURT      *Return Date:  August 18, 2022*
EASTERN DISTRICT OF NEW YORK      *Time:  10:00 a.m.*
----------------------------------------------------------X
In re:

           Chapter 13
           Case No.: 22-41307-206

SONIA A. FILY

           Debtor(s)            **<u>NOTICE OF MOTION</u>**
----------------------------------------------------------X
SIRS / MADAMS:

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on the 18th, day of AUGUST, 2022 at 10:00AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case, by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear, and/or, be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video.   Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing.   The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing.   Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126 .   If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347)394-1844, jmm_hearings@nyeb.uscourts.gov.

        **PLEASE TAKE NOTICE**, that the hearing on the Motion may be adjourned without notice other than announcement in open Court.

        **PLEASE TAKE NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

Dated: Islandia, New York           Yours, etc.
       July 20, 2022

          MICHAEL J. MACCO
          Chapter 13 Trustee
          2950 Express Drive South, Suite 109
          Islandia, NY   11749
          (631) 549-7900

*To:*    *Office of the United States Trustee*
       *SONIA A. FILY, Pro-Se Debtor(s)*
       *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X          **tmm1634**
In re:

Chapter 13
Case No.: 22-41307-206

SONIA A. FILY

                    Debtor(s)          **<u>APPLICATION</u>**
----------------------------------------------------------X
TO THE HONORABLE JIL MAZER-MARINO, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

      1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on June 8, 2022, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

      2.  As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

      3.  In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee; a Chapter 13 Plan, Certificate of Credit Counseling; Statement of Financial Affairs; Statement of Current Monthly Income and Means Test; complete set of schedules; copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

      4.  Furthermore, as of this date the debtor has failed to provide the Trustee with copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

      5.  Moreover, the debtor failed to appear, and/or, be examined at the initial §341 meeting of creditors, held on, July 20, 2022 at 10:30a.m.

      6.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

      **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated:  Islandia, New York
       July 20, 2022

                         */s/ **Michael J. Macco**_____*
                         Michael J. Macco, Chapter 13 Trustee
                         2950 Express Drive South, Suite 109
                         Islandia, NY   11749
                         (631) 549-7900

STATE OF NEW YORK          )
COUNTY OF SUFFOLK          )          ss.:

SANIYYAH S. GREENE, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

On July 20, 2022, deponent served the within:

## NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Sonia A. Fily*
*125 82 Avenue*
*Forest Hills, NY 11415*
*Pro Se Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

*Wells Fargo Bank*
*c/o Gross Polowy, LLC*
*Attn: Courtney R. Shed*
*cwilliams@grosspolowy.com*
*Creditor*

*/s/ Saniyyah S. Greene*
*SANIYYAH S. GREENE*

Sworn to before me this
20th day of JULY, 2022

**/s/ Janine M. Zarrilli**

NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires October 14, 2025